JOHN PENNEY, Respondent, v. FRANKLIN CONCRETE CORP. et al., Appellants. PIERPONT ESTATES, INC., Third-Party Plaintiff, v. CHIAT ORNAMENTAL IRON WORKS, INC., et al., Third-Party Defendants.— In an action to recover damages for personal injuries, the amended complaint was dismissed, as against all defendants, at the end of the plaintiff's case. The appeal is from an order,

subsequently made, by the trial court, on motion of the plaintiff, granting a new trial. Order unanimously affirmed, with one bill of costs to respondent to abide the event. No opinion. Present — Nolan, P. J., Wenzel, Schmidt, Beldock and Murphy, JJ.